# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD HADLEY, A76279, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 19-754-NJR |
| ) | |
| ROB JEFFRIES, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On January 7, 2020, Hadley's motion for leave to proceed *in form pauperis* ("IFP") was denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 9). Hadley was ordered to pay the filing fee of $400.00 on or before January 21, 2020 and was warned that failure to comply would result in dismissal of the action. *Id*.

To date, Hadley has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the $400.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of Hadley is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Hadley's trust

fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Hadley shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Big Muddy River Correctional Center *upon entry of this Order*.

    **IT IS SO ORDERED.**

    **DATED: January 27, 2020**

                                                      **s/ NANCY J. ROSENSTENGEL**
                                                    **NANCY J. ROSENSTENGEL**
                                                    **Chief U.S. District Judge**